# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0265
Lower Tribunal No. 2022-CF-001985-AXXX-XX

_____

DEVIN FORGES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
John McGowan, Judge.

September 30, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Wendy Buffington, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED